FILED
NOV 2 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
: CASE NO. 03 CR 00118-03L
V. :
:
LEON ESTEBAN :

**MOTION REQUESTING GRAND JURY HEARING TRANSCRIPTS**

NOW COMES the defendant, LEON ESTEBAN, respectfully moves this Honorable Court for Order requesting that the transcript from the Grand Jury Hearing of my case No. 03-CR-00118-03L, be provided.

At this moment I am being held at the Low Security Correctional Institution "ALLENWOOD", White Deer, PA. 17887 P.O. Box 1000.

Petition for a 2255 Motion has been filed on the U.S. District Court of the District of Rhode Island on July 15, 2005. So proceeding and thus the rules which govern such proceeding could apply.

I will respectfully request, this Honorable Court to address the Goverment to furnish Grand Jury Hearing Transcrips, which will support, my 2255 allegations of Inefective Assistance of Counsel.

If there is a charge involved please inform me of it and I will make the necessary arrangements to the cost of it.

I respectfully request and prays that this motion be granted.

Respectfully Submitted

Leon Esteban
Reg. No. 05390-070

Dated: October 30, 2005