J. Lagueux

# United States Court of Appeals
## For the First Circuit

No. 04-1919

UNITED STATES,

Appellee,

v.

ESTEBAN CARLOS LEON,

Defendant, Appellant.

No. 06-1441

ESTEBAN CARLOS LEON,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

ORDER OF COURT

Entered: August 27, 2007

This court having ordered the government to show cause why mandate should not be recalled in case no. 04-1919 and petitioner's direct criminal appeal allowed to go forward and the government having no objection, we hereby order that mandate be recalled and appeal no. 04-1919 be allowed to proceed. Petitioner's request for a certificate of appealability (no. 06-1441) will be held in

abeyance pending resolution of his direct criminal appeal.

So ordered.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: M. Reid Date: 8/27/07

[Certified Copy: Judge R. Lagueux, David DiMazzio, Clerk]

[cc: Esteban Carlos Leon, Van Hayhow, Esq., Luis Matos, AUSA, Gerard Sullivan, AUSA, Donald Lockhart, AUSA]